IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAURA H.G. O'SULLIVAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL NO. 8:19-cv-00818-GJH |
| ) | |
| GEORGIA DIAMOND., et al. ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## ORDER

**THE COURT**, having considered Plaintiffs' Motion to Remand and any response thereto, it is now hereby

**ORDERED** that Plaintiffs' Motion to Remand be, and hereby is, **GRANTED**; and it is further

**ORDERED** that this matter be, and hereby is, **REMANDED** to the Circuit Court for Montgomery County, Maryland, the Court having found no basis for federal jurisdiction.

_____
JUDGE

cc:

Erin M. Shaffer, Esq.
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue
Laurel, MD 20707

Thomas Kerns McKnight, Esq.
1901 Wyoming Avenue
Suite 33
Washington D.C. 20009

**END OF ORDER**

2012-25557